UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREA FRANKIEWICZ, *individually and on behalf of a class of similarly situated individuals*, et al.,

                Plaintiffs,

-v-

MANHATTAN CRYOBANK, INC., et al.,

                Defendants.

20-CV-5157 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

Defendants were served on July 13, 2020. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment.

Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendants or their counsel regarding a response to the complaint.

If Plaintiffs fail by August 27, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

Plaintiffs are directed to serve a copy of this order by mail on Defendants.

SO ORDERED.

Dated: August 13, 2020
      New York, New York

                                               _____
                                               J. PAUL OETKEN
                                               United States District Judge