UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREA FRANKIEWICZ *and* RUTH PEREZ,

                        Plaintiffs,                  **ORDER**

         -against-                           **20-cv-5157 (JLR) (JW)**

MANHATTAN CRYOBANK, INC. *and* CNTP
MCB INC.,

                        Defendant.
-----------------------------------------------------------------X

**Jennifer E. Willis, United States Magistrate Judge:**

In a prior order, the Court directed Plaintiffs to file a motion for default judgment (if the motion for class certification was granted) within 21 days after Rule 23(c)(2) notice was complete. Dkt. No. 52. On September 6, 2023, the motion for class certification was granted. Dkt. No. 62. In that order, the Court also granted a request for further discovery on class members. Id. Plaintiffs are directed to file an update on discovery and Rule 23(c)(2) notice, including an estimate for how long Plaintiffs need to complete such Rule 23(c)(2) notice by **November 13, 2023**.

      SO ORDERED.

DATED:    New York, New York
               October 10, 2023

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge