UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREA FRANKIEWICZ *and* RUTH PEREZ,

                        Plaintiffs,

                -against-

MANHATTAN CRYOBANK, INC. *and* CNTP
MCB INC.,

                       Defendant.
-----------------------------------------------------------------X

**ORDER**

**20-cv-5157 (JLR) (JW)**

**Jennifer E. Willis, United States Magistrate Judge:**

The Court is in receipt of a motion to compel at Dkt. No. 64 and an opposition at Dkt. No. 67. The Court will hold a conference in this matter on **November 30, 2023 at 2:00pm**. The conference will be held in person in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:   New York, New York
                November 13, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge