UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREA FRANKIEWICZ *and* RUTH PEREZ,
*individually and on behalf of a class of similarly situated individuals,*

                        Plaintiffs,

                     -against-

MANHATTAN CRYOBANK, INC. *and* CNTP MCB INC.,

                        Defendants.
------------------------------------------------------------------X

**ORDER**

**20-cv-5157 (JLR) (JW)**

**Jennifer E. Willis, United States Magistrate Judge:**

      This Court issued an order directing Plaintiff to file a status update letter by December 29, 2023, advising the Court as to whether there is sill a dispute underlying the Motion to Compel at Dkt. No. 64. No such letter was filed. The motion to compel at Dkt. No. 64 is DENIED.

      Plaintiff is directed to file an update on discovery and the Rule 23(c)(2) notice by **February 2, 2024**.

      SO ORDERED.

DATED:    New York, New York
                January 2, 2024

                                                  */s/ Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge