UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREA FRANKIEWICZ *and* RUTH PEREZ,
*individually and on behalf of a class of similarly situated individuals,*

                        Plaintiffs,

              -against-

MANHATTAN CRYOBANK, INC. *and* CNTP MCB INC.,

                       Defendants.
------------------------------------------------------------------X

**ORDER**

**20-cv-5157 (JLR) (JW)**

**Jennifer E. Willis, United States Magistrate Judge:**

      The Court is in receipt of the status report at Dkt. No. 73. Plaintiffs seek to depose a corporate representative of non-party CCB-MCB LLC. Dkt. No. 73. Should CCB-MCB LLC wish to respond in writing, any response is due by **February 15, 2024** and should be filed via ECF. Plaintiffs are directed to serve a copy of this order on CCB-MCB LLC by **February 6, 2024**.

      SO ORDERED.

DATED:   New York, New York
              February 5, 2024

                                                          */s/ Jennifer E. Willis*
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge