**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANDREA FRANKIEWICZ *and* RUTH PEREZ,
*individually and on behalf of a class of similarly situated individuals*,

                    Plaintiffs,                    **ORDER**

                -against-              **20-cv-5157 (JLR) (JW)**

MANHATTAN CRYOBANK, INC. *and* CNTP
MCB INC.,

                   Defendants.
------------------------------------------------------------------X

**Jennifer E. Willis, United States Magistrate Judge:**

On February 5, 2024, this Court issued an order regarding Plaintiffs' request to depose a corporate representative of non-party CCB-MCB LLC. Dkt. No. 74. This case has been pending since 2020, and Plaintiffs were granted leave to take discovery related to class membership as early as June 22, 2021. Dkt. No. 33. To date, this Court has received no further correspondence in this action. Hearing no objection from CCB-MCB LLC, this Court expects that Plaintiffs will notice the deposition of the corporate representative and conduct the deposition as soon as practicable. Plaintiffs are directed to file another status update letter by **May 22, 2024** notifying this Court of the status of the deposition and all other class certification discovery efforts in this action.

SO ORDERED.

DATED:   New York, New York
         February 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER E. WILLIS
　　　　　　　　　　　　　　　　　　　　　　　　　United   States   Magistrate   Judge