**STECKLER WAYNE & LOVE PLLC**
Bruce W. Steckler
New York Bar No.: 4863395
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
Email: bruce@swclaw.com

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA FRANKIEWICZ and RUTH PEREZ, Individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANHATTAN CRYOBANK, INC., and CNTP MCB, INC.,<br><br>*Defendants.* | CASE NO. 1:20-cv-5157<br><br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that upon the annexed Declaration of Bruce W. Steckler, sworn to on February 5, 2025, and all exhibits attached thereto, and upon Plaintiff's Memorandum of Law in Support of the Motion, all prior pleadings and proceedings herein, the undersigned shall move this Court before the Honorable Jennifer L. Rochon and Judge Jennifer E. Willis, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square New York, New York, 10007, on a return date set by the Court, for an Order for default judgment pursuant to Rule 55 of the Federal Rules Civil Procedure, together with such other and further relief as the Court may deem just and proper.

DATED: FEBRUARY 5, 2025.                    RESPECTFULLY SUBMITTED,

                                            **STECKLER WAYNE & LOVE PLLC**

                                            */s/ Bruce W. Steckler*
                                            Bruce W. Steckler
                                            Texas Bar No. 00785039
                                            New York Bar No.: 4863395
                                            12720 Hillcrest Rd. Suite 1045
                                            Dallas, Texas 75230
                                            P: 972-387-4040
                                            F: 972-387-4041
                                            bruce@swclaw.com

                                            **ATTORNEYS FOR PLAINTIFFS & PUTATIVE CLASS**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all parties as follows:

To:
Manhattan Cryobank, Inc. (via First Class and Certified Mail)
369 Lexington Avenue, Suite 401, New York, New York 10017

CNTP MCB, Inc. (via First Class and Certified Mail)
c/o Spiegel & Utrera, 1 Maiden Lane, 5th Floor, New York, New York 10038

*Defendants*

                                            */s/ Bruce W. Steckler*
                                            Bruce W. Steckler