**STECKLER WAYNE & LOVE PLLC**
Bruce W. Steckler
New York Bar No.: 4863395
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
Email: bruce@swclaw.com

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA FRANKIEWICZ and RUTH PEREZ, Individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANHATTAN CRYOBANK, INC., and CNTP MCB, INC.,<br><br>*Defendants.* | CASE NO. 1:20-cv-5157<br><br>**ORDER GRANTING DEFAULT JUDGMENT** |

This action by Plaintiffs Andrea Frankiewicz and Ruth Perez, individually and on behalf of a class of similarly situated individuals, ("Plaintiffs") against Defendants Manhattan Cryobank, Inc. ("MCB") and CNTP MCB Inc. ("CNTP") (collectively, "Defendants") having been commenced on July 6, 2020, by the filing of the Class Complaint, and a copy of the Class Complaint having been served upon Defendant on July 13, 2020, and proof of service having been filed on July 22, 2020, and Defendants not having answered the Class Complaint, and the time for answering or otherwise responding to the Class Complaint having expired, it is **ORDERED, ADJUDGED AND DECREED**:

That Plaintiffs have judgment in their favor against Defendants, and that Defendants are liable to Plaintiffs for claims of breach of contract, declaratory judgment, and injunctive relief.

That Plaintiffs have a judicial declaration that Defendants breached their contractual obligations and warranties to them and Class members because Defendants failed to perform a complete and thorough screening of the pre-November 1, 2014 donors as warranted by Defendants and failed to notify all consumers who purchased sperm after November 1, 2014, which was donated prior to November 1, 2014, that the sperm purchased may contain genetic defects.

That Plaintiffs have an injunction prohibiting Defendants from offering sperm for sale without warning that it has not been screened with NGS technology.

That Plaintiffs have judgment in their favor against Defendants, entitling Plaintiffs to the following monetary damages:

- Plaintiffs are entitled to default judgment against Defendants for $590 per vial of sperm purchased.

- Plaintiffs are entitled to default judgment against Defendants for $50 per month for storage fees. Plaintiffs also paid certain transfer fees.

**IT IS HEREBY ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE