UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREA FRANKIEWICZ and RUTH PEREZ,
*individually and on behalf of a class of similarly situated individuals,*

                              Plaintiffs,                        **ORDER**

                      -against-                                   **20-CV-5157 (JLR) (JW)**

MANHATTAN CRYOBANK, INC. and
CNTP MCB INC.,

                              Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiffs' brief addressing why the Court should not *sua sponte* decertify the class in this matter. Dkt. No. 96. The Parties are ordered to appear for an **in-person** conference regarding the issues on whether decertification of the class is appropriate. The conference will take place at **10:30 AM on July 24, 2025**, in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
                July 2, 2025

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge