UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREA FRANKIEWICZ *and* RUTH PEREZ,

                              Plaintiffs,                       **ORDER**

                     -against-                     **20-cv-5157 (JLR) (JW)**

MANHATTAN CRYOBANK, INC. *and*
CNTP MCB INC.,

                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is aware of Plaintiffs' notice of voluntary dismissal. See Dkt. No. 102. The in-person status conference scheduled for August 25, 2025, is canceled. The Court instead orders Plaintiffs' counsel to file a declaration under oath explaining why the Court should not sanction Plaintiffs' counsel pursuant to Rule 11(c)(3) of the Federal Rules of Civil Procedure for violating Rule 11(b) in the filing of the complaint and subsequent filings by **August 25, 2025**. Plaintiffs themselves are excused.

      SO ORDERED.

DATED:    New York, New York
               August 21, 2025

                                                        _____
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge